UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

18300 WEST DIXIE LLC and DONUT - MAKERS LLC,
    Defendant(s).

Case No: 23-cv-24032-KMW

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, EMILIO PINERO, and Defendant, 18300 WEST DIXIE LLC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

    Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Alexis Rosenberg |
| Glenn R. Goldstein (FBN: 55873) | Alexis Rosenberg, Esq. |
|    *Attorney for Plaintiff* | Fla. Bar No. 335400 |
| Glenn R. Goldstein & Assoc., PLLC | ROSENBERG LAW, P.A. |
| 8101 Biscayne Blvd., Ste. 504 | 499 NW 70th Avenue, Suite 212 |
| Miami, Florida 33138 | Plantation, Florida 33317 |
| 561.573.2106 | Telephone: (954) 790-6100 |
| GGoldstein@G2Legal.net | service@rosenberglawpa.com |

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com