UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

18300 WEST DIXIE LLC and DONUT - MAKERS - LLC,
    Defendant(s).

Case No: 23-cv-24032-KMW

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, EMILIO PINERO, and Defendant, 18300 WEST DIXIE LLC, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendant, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

s/ Alexis Rosenberg
Alexis Rosenberg, Esq.
Fla. Bar No. 335400
*Attorney for Defendant 18300 West Dixie LLC*
ROSENBERG LAW, P.A.
499 NW 70th Avenue, Suite 212
Plantation, Florida 33317
Telephone: (954) 790-6100
service@rosenberglawpa.com